IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN HERNANDEZ,

      Plaintiff,

    v.                                  No. 1:09-cv-52/PJK/RHS

ALBUQUERQUE PUBLIC SCHOOLS,

      Defendant.

## STIPULATED ORDER OF DISMISSAL *WITH* PREJUDICE

THIS MATTER, having come before the Court upon on the parties' Joint Motion for Order of Dismissal, and the Court having considered the Motion and being advised that all claims that were or that could have been brought between Plaintiff Juan Hernandez and Defendant Albuquerque Public Schools have been settled, finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice.  Each party shall bear their own costs and fees.

DATED this 1st day of December 2009 at Santa Fe, New Mexico.

                                      /s/ Paul Kelly, Jr._____
                                      United States Circuit Judge
                                      Sitting by Designation

APPROVED BY:

**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**

By: _s/Samantha M. Adams_
Samantha M. Adams
Attorneys for Defendant APS
500 Fourth Street NW, Suite 1000
Albuquerque NM  87102
Telephone:  (505) 848-1800
sma@modrall.com


Approved electronically 11/10/09
Brian A. Thomas
Law Offices of Brian A. Thomas, PC
1201 Lomas Boulevard, NW, Suite C
Albuquerque, NM   87102
bthomas.lawfirm@hotmail.com


Approved electronically 11/10/09
Rachel Berenson
Berenson & Associates PC
400 Gold Ave, SW, Suite 500
Albuquerque, NM  87102
rachel@nmjusticelaw.com


K:\DOX\CLIENT\11301\803\W1063996.DOC